UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA       :
                               :
v.                             :    **ORDER**
                               :
                               :    19 CR 549 (VB)
JORDAN TAYLOR and              :
LORENZO MCCOY,                 :
             Defendants.        :
--------------------------------------------------------------x

    By Order dated July 22, 2020, the Court stated it expected to conduct in person the status conference scheduled for <u>August 25, 2020, at 11:00 a.m.</u> (Doc. #45). However, the conference will proceed by <u>telephone conference call</u>, provided that defendants, after consultation with counsel, waive their right to be physically present and consent to appear by telephone.

    Accordingly, it is hereby ORDERED:

    1. By August 18, 2020, defense counsel shall advise the Court in writing as to whether their clients waive their right to be physically present and consent to appear by telephone.

    2. At the time of the scheduled conference, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

    **Dial-In Number**:    **(888) 363-4749 (toll free) <u>or</u> (215) 446-3662**

    **Access Code**:    **1703567**

Dated: August 7, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge