```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                          :
                                                  :
v.                                                :    ORDER
                                                  :
JORDAN TAYLOR and                                 :    19 CR 549 (VB)
LORENZO MCCOY,                                    :
                       Defendants.                :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/20

The **August 25, 2020, status conference** in this matter is now rescheduled for **September 10, 2020, at 11:00 a.m.** Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendants, after confrontation with counsel, waive their right to be physically present and consent to appear by telephone.

Accordingly, it is hereby ORDERED:

1. By September 4, 2020, defense counsel shall advise the Court in writing as to whether their clients waive their right to be physically present and consent to appear by telephone.

2. At the time of the scheduled conference, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

**Dial-In Number:**    **(888) 363-4749 (toll free) or (215) 446-3662**

**Access Code:**    1703567

Dated: August 24, 2020
       White Plains, NY

SO ORDERED:

/s/ Vincent L. Briccetti

Vincent L. Briccetti
United States District Judge