UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :       **AMENDED SCHEDULING**
v.                              :       **ORDER**
                                :
JORDAN TAYLOR,                  :       19 CR 549-01 (VB)
                 Defendant.     :
--------------------------------------------------------------x

     The scheduling order in this case issued December 2, 2020 (Doc. #73), is amended to the extent of changing the call-in information for accessing the audio feed of the conference, as follows: Co-counsel, members of the press, and the public may access the audio feed of the conference by calling **(917) 933-2166** and entering **Conference ID 679160392#**.

Dated: December 9, 2020
     White Plains, NY

                                                         SO ORDERED:

                                                         Vincent L. Briccetti
                                                         United States District Judge