UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,  :
                                                :       **ORDER**

v.  :

                                                :       S1 19 CR 549-1 (VB)
JORDAN TAYLOR,  :
                          Defendant.  :
--------------------------------------------------------------x

       At the sentencing hearing on December 14, 2020, for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, defendant Jordan Taylor is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: December 14, 2020
       White Plains, NY

                                                      SO ORDERED:

                                                      _____
                                                      Vincent L. Briccetti
                                                      United States District Judge