

> The Government's application for a stay is DENIED. That said, per the Court's order at the April 19, 2023 arraignment, all conditions of the bond, including the identification of two financially responsible individuals, still must be satisfied before Mr. Taylor can be released.
>
> Dated: April 25, 2023
>
> SO ORDERED.
>
> *Andrew Krause*
>
> ANDREW E. KRAUSE
> United States Magistrate Judge

**By ECF**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Jordan Taylor,* 19 Cr. 549 (VB)

Dear Judge Krause:

    On April 19, 2023, defendant Jordan Taylor was arraigned before the Court on a violation of supervised release petition. The Court ordered the defendant released on bail effective upon defendant's satisfaction of bail conditions including a $150,000 bond with two financially responsible co-signers (the "Order").[1] The Government has determined that it will seek reconsideration of the Order before Judge Vincent L. Briccetti at the status conference scheduled for Wednesday, April 26, 2023, at 10 a.m. Accordingly, the Government respectfully requests that the Court consider a brief stay of the Order pending Wednesday's status conference.

    The Government has informed defense counsel of its intent to raise bail at the forthcoming status conference and request for a stay, and has been advised by defense counsel that the defendant does not consent to a stay.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

                      By: */s/ Kathryn P. Wheelock*
                              Kathryn P. Wheelock
                              Assistant United States Attorney
                              (914) 993-1966

cc:    Elizabeth Quinn, Esq. (by E-Mail)

---

[1] The defendant is still detained. Last week, the defendant proposed two co-signers, who the Government promptly interviewed. The Government informed defense counsel that one of the individuals is not sufficiently financially responsible to serve as a co-signer. Defense counsel has represented to the Government that the defendant will identify other potential co-signers.